**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:26-cv-24496-JB

NIGEL FRANK DE LA TORRE PARDO,

     Plaintiff,

v.

SABINA 40 ST, LLC, WEST SUNSET
SQUARE MEMBERS, LLC,
SUBWAY 46574, INC., and
PASAPOGA RESTAURANT, LLC,

     Defendants.

_____/

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants SABINA 40 ST, LLC ("Sabina"), WEST SUNSET SQUARE MEMBERS, LLC ("West Sunset"), and PASAPOGA RESTAURANT, LLC ("Pasapoga") (collectively "Defendants"), by and through undersigned counsel, file this Unopposed Motion for a Twenty (20) Day Extension of Time to File a Response to Plaintiff NIGEL FRANK DE LA TORRE PARDO's Complaint, and as grounds state:

1. Sabina's response to Plaintiff's Complaint is due July 30, 2026, West Sunset's response is due July 22, 2026, and Pasapoga's response is due July 28, 2026. West Sunset and Sabina are the joint owners of the Subject Property, and Pasapoga is a tenant therein.

2. The undersigned has just been engaged by these Defendants and requires an extension of time to investigate Plaintiff's claims, to determine whether

1

an amicable resolution can be reached and, if not, to have a reasonable opportunity to file an appropriate response.

3. The Plaintiff is unopposed to the Defendants' joint request for a twenty (20) day extension of time from Sabina's July 30, 2026 response date, so that these three (3) Defendants will file their response on the same date of August 19, 2026.

4. The requested relief will not prejudice any party herein.

WHEREFORE, Defendants SABINA 40 ST, LLC, WEST SUNSET SQUARE MEMBERS, LLC and PASAPOGA RESTAURANT, LLC, respectfully request the entry of an Order granting an extension to file a response to Plaintiff's Complaint, through August 19, 2026, along such other and further relief as this Court deems proper.

Respectfully submitted,

**GLENN L. WIDOM, P.A.**
Attorneys for Defendants Sabina, West Sunset and
    Pasapoga
696 N.E. 125th Street
North Miami, FL 33161
Tel: (305) 663-8770
Email: gwidom@gwidomlaw.com
       eservice@gwidomlaw.com

 s/s Glenn L. Widom
GLENN L. WIDOM
Fla. Bar # 024775

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF filing on this 22nd day of July 2026 upon all counsel of record.

 s/s Glenn L. Widom
GLENN L. WIDOM

2