**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:26-cv-24496-JB

NIGEL FRANK DE LA TORRE PARDO,

      Plaintiff,

v.

SABINA 40 ST, LLC, WEST SUNSET
SQUARE MEMBERS, LLC,
SUBWAY 46574, INC., and
PASAPOGA RESTAURANT, LLC,

      Defendants.

_____/

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

This cause came before the Court upon Defendants SABINA 40 ST, LLC, WEST SUNSET SQUARE MEMBERS, LLC, and PASAPOGA RESTAURANT, LLC's Unopposed Motion for Extension of Time ("Motion"), and the Court having considered the Motion, the record in this cause, and being otherwise fully advised, it is hereby **ORDERED and ADJUDGED** that

1.    Defendants SABINA 40 ST, LLC, WEST SUNSET SQUARE MEMBERS, LLC, and PASAPOGA RESTAURANT, LLC's Motion is **GRANTED.**

2.    Defendants SABINA 40 ST, LLC, WEST SUNSET SQUARE MEMBERS, LLC, and PASAPOGA RESTAURANT, LLC shall each file a response to Plaintiff's Complaint no later than August 19, 2026.

1

**DONE AND ORDERED** at _____, Florida, this _____ day of _____, _____.

_____
United States District Judge